THOMAS OTIES, Respondent, *v.* THE COWLES ELECTRIC SMELT-
ING AND ALUMINUM COMPANY, Appellant.

(Argued October 14, 1891; decided October 30, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the fifth judicial department, entered upon an order
made October 1, 1889, which affirmed a judgment in favor of
plaintiff entered upon a verdict and affirmed an order denying
a motion for a new trial.

*E. M. Ashley* for appellant.

*Wm. C. Greene* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.

———

LEVI S. NOYES, Appellant, *v.* WILLIAM TURNBULL et al.,
Respondents.

(Argued October 14, 1891; decided October 30, 1891.)

APPEAL from judgment of the General Term of the Supreme
Court in the third judicial department, entered upon an order
made September 21, 1889, which affirmed a judgment in favor
of defendants entered upon a verdict directed by the court.

*Edward F. Bullard* for appellant.

*Jesse Johnson* for respondents.

Agree to affirm on opinion of LEARNED, J., in court below.
All concur.
Judgment affirmed.